JON K. RENGE, Bar #188529
2100 Tulare Street, Suite 406
Fresno, California 93721
Telephone: (559) 444-0300

Attorney for Defendant
Davier Porchia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 11-403 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER |
| v. ) | |
| DAVIER PORCHIA, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Kimberly Sanchez, Assistant United States Attorney, counsel for Plaintiff, and Jon K. Renge, counsel for Defendant Davier Porchia, that **the sentencing hearing in the above-referenced matter now set for January 7, 2013, may be continued to January 28, 2013 at 10:00 A.M.**

This continuance is requested by counsel for Defendant because he is anticipated to be in trial in State Court in Case F10903564 involving *People v. Cervantes*.  The requested continuance will conserve time and resources for the parties and the court.

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 3, 2013                    By:  KIMBERLY SANCHEZ
                                               Assistant United States Attorney

| | |
|---|---|
| DATED: January 3, 2013 | By: /s/ JON K. RENGE<br>Attorney for Defendant<br>DAVIER PORCHIA |

**O R D E R**

IT IS SO ORDERED.

Dated:   January 3, 2013

UNITED STATES DISTRICT JUDGE