AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:11-cr-00403-DAD-BAM   Document 60   Filed 06/05/15   Page 1 of 1

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

United States of America
v.
DAVIER PORCHIA

Case No: 1:11-cr-00403-AWI-BAM-2

USM No: 68046-097

Date of Original Judgment: 01/28/2013
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

David M. Porter, FD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  97  months **is reduced to**  80 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  01/31/2013  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  06/05/2015                         /s/ ANTHONY W. ISHII
                                                *Judge's signature*

Effective Date:  11/01/2015              Senior United States District Judge Anthony W. Ishii
*(if different from order date)*            *Printed name and title*